IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| QUANTUM I-10 PARTNERS, LP dba HOLIDAY INN EXPRESS <br><br> Plaintiff <br><br> vs. <br><br> WESTERN WORLD INSURANCE COMPANY, <br><br> Defendant | § § § § § § § § § § § § § <br><br> Civil Action No. _____ |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Western World Insurance Company files this Notice of Removal.

1. Plaintiff Quantum I-10 Partners, LP dba Holiday Inn Express is now and at the time suit was filed was a citizen of the State of Texas. (See Appendix page 004, ¶ 2.)

2. Defendant Western World Insurance Company is now a corporation incorporated in the State of New Hampshire and with its principal place of business in New Jersey, and at the time suit was filed was a corporation incorporated in the State of New Hampshire and with its principal place of business in New Jersey. (See Appendix page 005, ¶ 3, and page 032.)

3. Because Plaintiff is now and was a citizen of Texas when suit was filed, and because Defendant Western World is now and was at the time suit was filed a citizen of New Hampshire and New Jersey, complete diversity of citizenship exists among the parties.

4. Defendant Western World files this Notice of Removal within 30 days of the date that the Defendant was notified of the suit. (See Appendix page 033.)

5. The amount in controversy exceeds $75,000.00, exclusive of interests and costs. (See Appendix page 004, ¶ 1.)

6. Because complete diversity of citizenship exists among the parties, and because the amount in controversy exceeds $75,000.00 exclusive of interests and costs, this action is removable under 28 U.S.C. §§ 1332 and 1441.

7. Venue is proper in the present Court pursuant to 28 U.S.C. 1441(a), because the U.S. District Court for the Southern District of Texas, Houston Division, embraces the 334th District Court, Harris County Texas, where the State Court Action was originally filed and where the property is located.

8. True and correct copies of the state court filings to date are attached to this Notice. (See Appendix pages 001 – 031.)

**CONCLUSION**

By this Notice of Removal, Defendant does not waive any objections it may have as to service, jurisdiction or venue or any other defenses or objections it may have to this action, except as expressly herein admitted, and Western World expressly reserves all defenses, motions and pleas.

Respectfully submitted,

By:   s/*Robert G. Hogue*
Robert G. Hogue
State Bar No. 09811050
ROBERT G. HOGUE, P.C.
Highland Park Place
4514 Cole Avenue, Suite 600
Dallas, Texas 75205-4193
Phone: (214) 559-7107
Fax: (214) 559-7101
email:  robhogue@msn.com

COUNSEL FOR DEFENDANT
WESTERN WORLD INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 31st day of October, a true and correct copy of this document was served on counsel for the Plaintiff as follows:

Mr. James M. McClenny                            <u>Via e-service</u>
Mr. J. Zachary Moseley
Mr. Sean Patterson
McCLENNY MOSELEY & ASSOCIATES, PLLC
516 Heights Boulevard
Houston, Texas 77007

COUNSEL FOR THE PLAINTIFF

                                       By:     s/*Robert G. Hogue*
                                                   Robert G. Hogue